JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARY JAMES, an individual,<br><br>Plaintiff,<br>v.<br><br>PC MATIC, INC., a South Dakota corporation; ROB CHENG, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | No.: CV 23-1506-MWF(KSx)<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: Jan. 26, 2023<br>Trial Date: September 10, 2024 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT this action be and hereby is, DISMISSED WITH PREJUDICE as to all claims, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: February 2, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

{3224 29717}